DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FRANCISCO F. MARTIN,

Appellant,

v.

BANK OF AMERICA, N.A.,

Appellee.

No. 2D23-963

_____

November 8, 2023

Appeal pursuant to Fla. R. App. P. 9.130(a)(5) from the County Court for Hillsborough County; Frances M. Perrone, Judge.

Francisco F. Martin, pro se.

Carlos Cruanes of Andreu, Palma, Lavin & Solis, PLLC, Miami, for Appellee.


PER CURIAM.

        Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.